AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## Southern District of Florida

| | | |
|---|---|---|
| DONNA HUIE-GORDON<br><br>*Plaintiff(s)*<br><br>v.<br><br>KARL GORDON, individually, and KARLVENSKI, LLC, a Florida limitied liability company<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  **26-cv-61571-WPD** |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> KARL GORDON
> 5034 Northwest 123rd Avenue
> Coral Springs, Florida  33076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Scott A. Weires, Esq.
> Claussen Weires, PLLC
> 1801 S. Federal Hwy
> Boca Raton, FL  33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  May 29, 2026



**SUMMONS**

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## Southern District of Florida

|  |  |  |
|---|---|---|
| DONNA HUIE-GORDON | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | ) ) ) | Civil Action No.   26-cv-61571-WPD |
| KARL GORDON, individually, and KARLVENSKI, LLC, a Florida limitied liability company | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> KARLVENSKI, LLC
> c/o Dawn Morrison, Esq.
> 5944 Coral Ridge Drive, Ste 316
> Coral Springs, Florida  33076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Scott A. Weires, Esq.
> Claussen Weires, PLLC
> 1801 S. Federal Hwy
> Boca Raton, FL  33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   May 29, 2026

_____

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court